1  D. Aaron Brock (State Bar No. 241919)
   ab@brockgonzales.com
2  Christopher P. Brandes (State Bar No. 282801)
   cb@brockgonzales.com
3  Lindsay L. Bowden (State Bar No. 318952)
   lb@brockgonzales.com
4  BROCK & GONZALES, LLP
   6701 Center Drive West, Suite 610
5  Los Angeles, California 90045
   Tel: (310) 294-9595
6  Fax: (310) 961-3673

7  Attorneys for Plaintiff
   EVA TIJERINA
8
   James H. Berry, Jr. (State Bar No. 075834)
9  Kate LaQuay (State Bar No. 178250)
   LANDAU GOTTFRIED & BERGER LLP
10 1880 Century Park East, Suite 1101
   Los Angeles, California 90067
11 Telephone: (310) 557-0050
   Facsimile: (310) 557-0056
12 Email: jberry@LGBFirm.com
   Email: klaquay@LGBFirm.com
13
   Attorneys for Defendant
14 SVC MANUFACTURING, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| EVA TIJERINA an individual, | Case No. 3:19-cv-07513-EMC |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE** |
| SVC MANUFACTURING, INC., a Delaware Corporation; and DOES 1 through 50, inclusive, | **F. R. CIV. PRO. 41 (a)(1)(A)(ii)** |
| Defendants. | |

Case No. 3:19-cv-07513-EMC

**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE**

Plaintiff Eva Tijerina ("Plaintiff") and Defendant SVC Manufacturing, Inc. ("Defendant"), (collectively, the "Parties"), by and through their undersigned counsel of record, being the only Parties who have appeared in this action, enter into the stipulation set forth below in recognition of the following:

Pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is hereby dismissed with prejudice in its entirety. The Parties each shall bear their respective costs and attorney's fees. None of the Parties is a prevailing party.

Under the Rule cited above, this Stipulation is self-effectuating and does not require a confirming Order for the agreed dismissal with prejudice.

SO STIPULATED.

DATED:  January 15, 2020                    Respectfully submitted,

                                            BROCK & GONZALES, LLP
                                            D. Aaron Brock
                                            Christopher P. Brandes
                                            Lindsay L. Bowden


                                            By /s/ *Christopher P. Brandes*
                                                 Christopher P. Brandes
                                            Attorneys for Plaintiff
                                            EVA TIJERINA


DATED:  January 15, 2020                    LANDAU GOTTFRIED & BERGER LLP
                                            James H. Berry, Jr.
                                            Khai LaQuay


                                            By /s/ *James H. Berry, Jr.*
                                                 James H. Berry, Jr.
                                            Attorneys for Defendant
                                            SVC MANUFACTURING, INC.

DATED: January 16, 2020



GRANTED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 1 -                                       Case No. 3:19-cv-07513-EMC

**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE**